DUHN OIL TOOL, INC.,
**Plaintiff–Appellant,**

v.

CAMERON INTERNATIONAL CORPORATION, fka Cooper Cameron Corporation, **Defendant–Cross–Appellant.**

Nos. 2013–1014, 2013–1015.

United States Court of Appeals, Federal Circuit.

May 1, 2014.

Joseph Edward Thomas, Trial Attorney, William J. Kolegraff, Esq., Kerri A. Rich, Esq., James M. Whitelaw, Esq., Thomas Whitelaw & Tyler LLP, Irvine, CA, Laura Ann Wytsma, Loeb & Loeb LLP, Los Angeles, CA, for Plaintiff–Appellant.

Charles John Rogers, Conley Rose, P.C., Houston, TX, Joe Redden, Jr., Beck, Redden & Secrest, L.L.P., Manish B. Vyas, Esq., Cameron International Corporation, Houston, TX, for Defendant–Cross–Appellant.

## ON MOTION

## ORDER

The parties jointly move to dismiss these appeals.

Upon consideration thereof, IT IS ORDERED THAT:

 

(1) The motion to dismiss is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.